IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARBARA JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-0939 |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

**ORDER and FINAL JUDGMENT**

Before the Court is Plaintiff Barbara Jones' Motion for Judgment on the Administrative Record (Doc. No. 28) and supporting memorandum (Doc. No. 30) seeking judicial review of the Commissioner's denial of her claim for Social Security Disability Insurance Benefits ("DIB") for the period of November 1, 1994 through November 17, 2000.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the ALJ's decision is supported by substantial evidence in the record, and that the ALJ applied the correct legal principles in reaching his decision. Accordingly, the Plaintiff's Motion (Doc. No. 28) is **DENIED** and the decision of the Commissioner **AFFIRMED**. Judgment is hereby entered in favor of the Commissioner and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Michael J. Astrue replaced Jo Anne B. Barnhart as the Commissioner of the Social Security Administration on February 12, 2007. Pursuant to the Federal Rules of Civil Procedure, Commissioner Astrue automatically replaces Ms. Barnhart as the defendant in this case. Fed. R. Civ. P. 25(d)(1).